Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Dallin Knecht, Esq.
Nevada State Bar N. 16263
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
JaquelynFranco@backsulaw.com
dallinknecht@backuslaw.com
*Attorneys for Defendants,*
*Albertson's LLC and Albertson's Stores Sub, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DE JESUS BRIONES RENTERIA, as an individual<br><br>　　　　　Plaintiff,<br>vs.<br><br>ALBERTSON'S LLC; ALBERTSON'S STORES SUB, LLC; DOE MANAGER; DOE JANITOR; DOE EMPLOYEERS; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02048-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(First Request)** |

Plaintiff Maria De Jesus Briones Renteria, and Defendants Albertson's LLC and Albertson's Stores Sub, LLC, do hereby stipulate and agree to the extension of the discovery deadlines in the current scheduling order and discovery plan in this matter for a period of sixty (60) days for the reasons explained herein.

Pursuant to Local Rule IA 6-1(a), the parties state that this if the first such discovery extension requested in this matter.

. . .

. . .

## **DISCOVERY COMPLETED TO DATE – LR 26-3(a)**

1. Plaintiff served Initial FRCP 26 Disclosures on January 1, 2023

2. Plaintiff served written discovery on January 10, 2023

3. Defendant served Initial FRCP 26 Disclosures on January 12, 2023

4. Defendant served written discovery on February 6, 2023

5. Defendant served its First Supplemental FRCP 26 Disclosure on February 9, 2023

6. Defendant responded to Plaintiff's written discovery on February 9, 2023

7. Defendant served its Second Supplemental FRCP Disclosure on March 2, 2023

8. Plaintiff responded to Defendant's written discovery on March 23, 2023

## **DISCOVERY REMAINING – LR 26-3)b)**

1. Deposition of Plaintiff (Noticed for May 23, 2023

2. Deposition of Defendant employees (Noticed for May 11, 2023

3. Deposition of Defendant's 30(b)(6) designee

4. Disclosure of expert witnesses

5. Disclosure of rebuttal witnesses

6. Depositions of Plaintiff's treating physicians

7. Depositions of Experts

8. Additional depositions (as needed)

## **REASONS FOR EXTENSION – LR 26-3(c)**

Pursuant to LR IA 6-1 and LR 26-3, the parties represent that good cause exists for the extension of the current discovery deadlines. The parties have experienced delay in the scheduling of depositions and based on information learned through discovery anticipate taking more depositions than initially contemplated.

The parties have acted in good faith in discovery to date. Neither party has any intent, nor reason, to delay the resolution of this matter. A 60-day extension will allow the parties to evaluate,

consult, and retain the proper experts to support their case, as well as allow necessary time for all depositions.

### **NEW DISCOVERY DEADLINES – LR 26-3(d)**

|  | Current Deadline | **New Deadline** |
|---|---|---|
| **Deadline For Expert Witnesses** | May 29, 2023 | **July 28, 2023** |
| **Deadline To Amend Pleadings/Add Parties** | Closed | **Closed** |
| **Deadline For Rebuttal Experts** | June 28, 2023 | **August 26, 2023** |
| **Discovery Deadline** | July 28, 2023 | **September 26, 2023** |
| **Deadline To File Dispositive Motions** | August 28, 2023 | **October 27, 2023** |
| **Pretrial Order Deadline** | September 27, 2023 | **November 27, 2023** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties represent that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

**IT IS SO STIPULATED** and agreed as to the terms and conditions of this Stipulation to Extend Discovery Deadlines.

| DATED: May 5, 2023 | DATED: May 5, 2023 |
|---|---|
| /s/ Peter A. Mazzeo | /s/Jack P. Burden |
| Peter A. Mazzeo, Esq. | Jack P. Burden, Esq. |
| Mazzeo Law LLC | Dallin Knecht, Esq. |
| 631 South 10th Street | Backus \| Burden |
| Las Vegas, Nevada 89101 | 3050 S. Durango Dr. |
| Attorney for Plaintiff | Las Vegas, Nevada 89117 |
|  | Attorneys for Defendants |

### ORDER
**IT IS SO ORDERED**

**DATED:** 3:55 pm, May 08, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**